**Francisco Alexander Calderon QUINTANILLA,**
Petitioner,

v.

**Jefferson B. SESSIONS III, Attorney General, Respondent.**

No. 15-71724

United States Court of Appeals, Ninth Circuit.

Submitted August 9, 2017 *

Filed August 15, 2017

Javier Lopez-Perez, Esquire, Attorney, Lopez Perez Law Center, Los Angeles,

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

CA, Salomon Zavala, Attorney, Zavala Law Group, Los Angeles, CA, for Petitioner

Robert Michael Stalzer, Trial Attorney, OIL, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent

Before: SCHROEDER, TASHIMA, and M. SMITH, Circuit Judges.

MEMORANDUM **

Francisco Alexander Calderon Quintanilla, a native and citizen of El Salvador, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's decision denying a continuance, and denying his motion to remand. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a continuance. *Sandoval-Luna v. Mukasey*, 526 F.3d 1243, 1246 (9th Cir. 2008). We deny the petition for review.

The agency did not abuse its discretion in denying Calderon Quintanilla's motion for a continuance where he failed to show eligibility for any relief, and it was undisputed that he was ineligible for status adjustment. *See Id.* at 1247 (no abuse of discretion where no relief was immediately available to the petitioner); 8 C.F.R § 1003.29 (IJ has authority to grant continuance upon showing of good cause).

Calderon Quintanilla failed to raise, and has therefore waived, any challenge to the BIA's denial of his motion to remand. *See Martinez-Serrano v. INS*, 94 F.3d 1256,

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

1259 (9th Cir. 1996) ("an issue referred to in the appellant's statement of the case but not discussed in the body of the opening brief is deemed waived.").

**PETITION FOR REVIEW DENIED.**

Before: SCHROEDER, TASHIMA, and M. SMITH, Circuit Judges.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.